STATE of Missouri, Respondent,

v.

Brian SIMPSON, Appellant.

No. WD 68531.

Missouri Court of Appeals,
Western District.

Feb. 10, 2009.

Matthew Ward, Columbia, MO, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Robert J. Bartholomew, Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before THOMAS H. NEWTON, C.J., JOSEPH M. ELLIS, and JAMES EDWARD WELSH, JJ.

### ORDER

PER CURIAM:

Brian Simpson appeals his conviction for possession of a controlled substance with intent to distribute, section 195.211. He argues that there was insufficient evidence for a jury to find beyond a reasonable doubt that he had intent to distribute the marijuana found in his possession.

For reasons stated in the memorandum provided to the parties, we affirm. Rule 30.25(b).

STATE of Missouri, Respondent,

v.

Sean Lee SYKES, Appellant.

No. WD 68544.

Missouri Court of Appeals,
Western District.

Feb. 10, 2009.

Susan L. Hogan, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Joshua N. Corman, Jefferson City, MO, for respondent.

Before HARDWICK, P.J., ELLIS, J. and NEWTON, C.J.

### ORDER

PER CURIAM.

Sean Sykes appeals his conviction for recklessly creating the risk of infecting another with HIV, a violation of Section 191.677, RSMo Cum. Supp. 2007. For reasons explained in a Memorandum provided to the parties, we find no error and affirm the conviction. Rule 30.25(b).